**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ronald A. JENNINGS, Defendant— Appellant.**

No. 08–7577.

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2009.

Decided: June 4, 2009.

Ronald A. Jennings, Appellant Pro Se. Michael Arlen Jagels, Special Assistant United States Attorney, Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald A. Jennings appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jennings,* No. 3:02–cr–00400–RLW–1 (E.D.Va. July 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*